HON. RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CNA INSURANCE COMPANY LIMITED,<br><br>          Plaintiff,<br><br>vs.<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., d/b/a EXPEDITORS INTERNATIONAL OCEAN, PAPPAS TRUCKING LLC and DOE I,<br><br>          Defendants. | No. 2:18-cv-00932-RSM<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT PAPPAS TRUCKING LLC WITHOUT PREJUDICE |

COME NOW ALL PARTIES HERETO, acting through their undersigned counsel of record, and agree and stipulate that defendant Pappas Trucking LLC may be dismissed from this action without prejudice, with each party to bear its own costs and fees.

Dated this 1st day of July, 2019.        LAW OFFICE OF JAMES F. WHITEHEAD

                                                          s/ James F. Whitehead
                                                            James F. Whitehead, WSBA #6319
                                                            Attorneys for Plaintiff CNA

STIPULATION AND ORDER FOR DISMISSAL OF
PAPPAS TRUCKING LLC WITHOUT PREJUDICE - 1

**Law Office of James F. Whitehead**
2211 Elliott Ave., Suite 200
Seattle, WA 98121
(206) 448-0100
Fax (206) 455-2701

Dated this 1st day of July, 2019.    FOSTER PEPPER PLLC

 s/ Steven W. Block
Steven W. Block, WSBA#24299
Kelly M. Mennemeier, WSBA#51838
Attorneys for Expeditors International of
Washington, Inc., d/b/a Expeditors International Ocean

Dated this 1st day of July, 2019.    LEWIS BRISBOIS BISGAARD & SMITH LLP

 s/ Michael A. Jaeger
Michael A. Jaeger, WSBA#23166
Keith M. Hayasaka, WSBA#51949
Attorneys for Pappas Trucking LLC

## ORDER

Pursuant to the Stipulation above, it is hereby ORDERED that defendant Pappas Trucking LLC may be, and hereby is, dismissed from this action without prejudice, with each party bearing its own costs and fees as to this dismissal.

Dated this 2 day of July, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

 s/ James F. Whitehead
James F. Whitehead, WSBA #6319
Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL OF
PAPPAS TRUCKING LLC WITHOUT PREJUDICE - 2

**Law Office of James F. Whitehead**
2211 Elliott Ave., Suite 200
Seattle, WA 98121
(206) 448-0100
Fax (206) 455-2701