The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CNA INSURANCE COMPANY LIMITED,

                           Plaintiff,

     v.

EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC. d/b/a EXPEDITORS
INTERNATIONAL OCEAN, and DOE I,

                         Defendants.

No. 2:18-cv-00932-RSM

PARTIES' JOINT MOTION TO
CONTINUE DEADLINES FOR
SUBMISSION OF PRE-TRIAL FILINGS

**Note for Motion: October 13, 2020**

COME NOW the parties, and hereby stipulate and jointly move the Court, pursuant to

LCR 16(b)(6), to extend the deadlines for the parties' submission of a proposed pre-trial order,

trial briefs, and any other pre-trial filings not yet exchanged or submitted until 30 days before the

Court reschedules the trial date.

This admiralty matter addresses plaintiff subrogated insurer's claims against defendant

non-vessel operating common carrier for cargo allegedly damaged during ocean transit.  Trial

was scheduled to commence on November 2, 2020.  Dkt. 57.  By its General Order 15-20 dated

October 2, 2020, the Court continued all civil trials scheduled to commence before January 1,

2021 pending the Court's issuance of another general order.  The parties are unable to agree to a

trial by remote video conferencing.

The Court may extend the case scheduling dates for good cause.  LCR 16(b)(6).  The

parties submit that good cause exists to extend the deadlines for pre-trial submissions so as to

avoid their expenditure of financial and other resources during the pandemic, when such

resources are challenged, and when communication with party and non-party witnesses is

PARTIES' JOINT MOTION TO CONTINUE DEADLINES FOR
SUBMISSION OF PRE-TRIAL FILINGS - 1
Case No. No. 2:18-cv-00932-RSM

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

FG:54020003.2

difficult.  Because trial will not commence for at least several months, the parties and the Court

will not experience any detriment to a continuance of pre-trial filings that is commensurate with

the new trial date.  Accordingly, the parties respectfully request a continuance of the deadlines

for remaining pre-trial filings.

DATED this 13th day of October, 2020.

s/ Steven W. Block
Steven W. Block, WSBA No. 24299
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: steve.block@foster.com

*Attorney for Defendant Expeditors*
*International of Washington, Inc.*

s/ James F. Whitehead
James F. Whitehead, WSBA #6319
LAW OFFICE OF JAMES F. WHITEHEAD
2211 Elliott Ave., Suite 200
Seattle, Washington 98121
Telephone: (206) 448-0100
Facsimile: (206) 455-2701
Email: jim@jfw-law.com

s/ James A. Saville, Jr.
James A. Saville, Jr., *pro hac vice*
HILL RIVKENS LLP
45 Broadway, Suite 1500
New York, New York 10006
Telephone: (212) 669-0600
Facsimile: (212) 669-0698
Email: jsaville@hillrivkins.com

*Attorneys for Plaintiff CNA Insurance Company,*
*Ltd.*

## ORDER

The parties having so stipulated, and the Court finding good cause for entry hereof,

NOW, THEREFORE, IT IS HEREBY ORDERED that the deadlines for the parties'

submission of a proposed pre-trial order, trial briefs, and any other pre-trial filings not yet

exchanged or submitted are hereby

CONTINUED until 30 days before the Court reschedules the trial date.

PARTIES' JOINT MOTION TO CONTINUE DEADLINES FOR
SUBMISSION OF PRE-TRIAL FILINGS - 2
Case No. No. 2:18-cv-00932-RSM

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

FG:54020003.2

Dated this 14th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

*/s Steven W. Block*
Steven W. Block, WSBA No. 24299
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: steve.block@foster.com
*Attorney for Defendant Expeditors International of Washington, Inc.*


*s/ James F. Whitehead*
James F. Whitehead, WSBA #6319
LAW OFFICE OF JAMES F. WHITEHEAD
2211 Elliott Ave., Suite 200
Seattle, Washington 98121
Telephone: (206) 448-0100
Facsimile: (206) 455-2701
Email: jim@jfw-law.com

*s/ James A. Saville, Jr.*
James A. Saville, Jr., *pro hac vice*
HILL RIVKENS LLP
45 Broadway, Suite 1500
New York, New York 10006
Telephone: (212) 669-0600
Facsimile: (212) 669-0698
Email: jsaville@hillrivkins.com
*Attorneys for Plaintiff CNA Insurance Company, Ltd.*

PARTIES' JOINT MOTION TO CONTINUE DEADLINES FOR
SUBMISSION OF PRE-TRIAL FILINGS - 3
Case No. No. 2:18-cv-00932-RSM

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington  98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

FG:54020003.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 13, 2020, I electronically filed the foregoing document with the

Clerk of the Court via CM/ECF which will notify all parties in this matter who are registered with

the Court's CM/ECF filing system of such filing.

Executed in Seattle, Washington this 13th day of October, 2020.

*s/ Michelle Stark*
Michelle Stark, Legal Assistant/Paralegal

PARTIES' JOINT MOTION TO CONTINUE DEADLINES FOR
SUBMISSION OF PRE-TRIAL FILINGS - 4
Case No. No. 2:18-cv-00932-RSM

FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Phone (206) 447-4400
Fax (206) 447-9700

FG:54020003.2