UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CNA INSURANCE COMPANY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>EXPEDITORS INTERNATION OF WASHINGTON, INC. d/b/a EXPEDITORS INTERNATIONAL OCEAN, PAPPAS TRUCKING LLC, and DOE I,<br><br>Defendants. | Case No. 2:18-cv-00932-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Before the Court is the parties' Stipulated Motion to Continue Trial. Dkt. #95. Having considered the Motion and being fully advised, the Court hereby ORDERS that the parties' Stipulated Motion to Continue Trial Date is GRANTED and that the trial in this matter is rescheduled to June 24, 2024. The Clerk is directed to issue a revised scheduling order based on the new trial date.

DATED this 19th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1